IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY HUYGENS,<br><br>　　　　Defendant. | No. 12-CR-4094-DEO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I.　INTRODUCTION AND BACKGROUND

Before the Court is Magistrate Judge Leonard T. Strand's Report and Recommendation Concerning Guilty Plea (Docket No. 27, 02/25/2013).

On October 24, 2012, a four count Indictment (Docket No. 1) was returned in the above-referenced case. On February 25, 2013, Defendant Jeffrey Huygens appeared before United States Magistrate Judge Leonard T. Strand and entered guilty pleas to Counts One and Two pursuant a plea agreement with the Government.[1]

---

[1] The Report and Recommendation states that pursuant to the plea agreement, Counts Three and Four will be dismissed (Docket No. 27, p. 2). The plea agreement is filed at Docket No. 24-1.

Count One of the Indictment charges that between about September 2011 and December 2011, in the Northern District of Iowa and elsewhere, the defendant, Jeffrey Huygens, knowingly distributed and attempted to distribute visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce. The defendant previously had been convicted of an offense relating to sexual abuse or abusive sexual conducting involving a minor, to wit:

> The defendant was convicted of two counts of Child Molestation in the First Degree, in violation of Revised Code of Washington Section 9A.44.083, in Case Number 89-1-00054-8, in the Superior Court of Island County, Washington, with judgment entered on February 16, 1990.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

Count Two charges that between about 2002 and March 2012, in the Northern District of Iowa and elsewhere, the defendant, Jeffrey Huygens, knowingly received and attempted to receive visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in interstate and foreign commerce. The defendant previously

had been convicted of an offense relating to sexual abuse or abusive sexual conduct involving a minor, to wit:

> The defendant was convicted of two counts of Child Molestation in the First Degree, in violation of Revised Code of Washington Section 9A.44.083, in Case Number 89-1-00054-8, in the Superior Court of Island County, Washington, with judgment entered on February 16, 1990.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

The Report and Recommendation (Docket No. 27) recommends that defendant Jeffrey Huygens' guilty pleas be accepted. Waivers of objections to Judge Strand's Report and Recommendation were filed by each party (Docket Nos. 28 and 29). The Court, therefore, undertakes the necessary review to accept defendant Jeffrey Huygens' pleas in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or

> modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Magistrate Judge Strand's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Magistrate Judge Strand's Report and Recommendation (Docket No. 27), and accepts defendant Jeffrey Huygens' pleas of

guilty in this case to Counts One and Two of the Indictment (Docket No. 1).

**IT IS SO ORDERED** this 23rd day of May, 2013.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa